

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR - 1 2013

CENTRAL DISTRICT OF CALIFORNIA
BY smj                       DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. David Samsonyan DEFENDANT(S). | CASE NUMBER SACR13-21 JST-8 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __April 9__, __2013__, at __2:00__ ☐ a.m. / ☒ p.m. before the Honorable __Arthur Nakazato__, in Courtroom __6B__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __April 1, 2013__

_____
U.S. ~~District Judge~~/Magistrate Judge